CERTIFICATE OF SERVICE

I hereby certify that on <u>March 18, 2020</u> I have served a copy of this Notice of Mortgage Payment Change and all attachments, relating to claim #3, in Chapter 13 case# 19-24101 in the Western District of Pennsylvania, for debtor JOSHUA S GREAVES, to the following:

By US Mail, postage pre paid:

Debtor:

Joshua S Greaves

921 Fordham Ave.

Pittsburgh, PA 15226

BY CM/ECF

Debtor's Attorney:

Amy L Zema

Trustee:

Ronda J Winnecour

/s/Sarah Sepulveda Rios
Business Banking & Consumer Support Specialist I, M&T Bank
475 Crosspoint Parkway
Getzville, NY 14068
(716) 529-2442