April 15, 2020

To whom it may concern:

Please withdraw the Notice of Mortgage Payment Change filed on April 15th 2020 under case number 19-24101, claim number 3.  The document was found to be erroneously filed.

Please call me at the number below if you have any other questions or concerns. Thank you for your assistance.

Sincerely,

Sarah Sepulveda Rios
Business Banking & Consumer Support Specialist I|M&T Bank
Customer Asset Management
475 Crosspoint Pkwy., Getzville, NY 14068
(P) 716-529-2442
ssepulvedarios@mtb.com