Form 149

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joshua S. Greaves**
    Debtor(s)

Bankruptcy Case No.: 19−24101−GLT
Issued Per May 7, 2020 Proceeding
Chapter: 13
Docket No.: 71 − 13, 32
Concil. Conf.: at

**ORDER OF COURT CONFIRMING PLAN AS MODIFIED
AND SETTING DEADLINES FOR CERTAIN ACTIONS**

*(1.) PLAN CONFIRMATION:*

IT IS HEREBY ORDERED that upon consent of the Debtor(s), the Chapter 13 Plan dated October 22, 2019 is CONFIRMED as modified at the Plan confirmation hearing. Terms of the Plan not expressly modified by this Order remain in full force and effect. A copy of this Plan was previously mailed to you. *Only those provisions which are checked below apply to this case:*

- ☒ A. For the remainder of the Plan term, the periodic Plan payment is amended to be $1,455 as of May 2020. Debtor(s)' counsel shall file a motion to amend the income attachment order within seven (7) days of the date of this Order.

- ☐ B. The length of the Plan is increased to a total of months. This statement of duration of the Plan is an approximation. The Plan shall not be completed until the goals of the Plan have been achieved. The total length of the Plan shall not exceed sixty (60) months.

- ☐ C. Plan confirmation is on an interim basis only as a form of adequate protection. The Trustee is authorized to distribute to secured and priority creditors with percentage fees. *A final plan conciliation conference will be held on at , in .* If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

- ☐ D. Plan confirmation is subject to the resolution of all actions to determine the avoidability, priority, or extent of liens; including determination of the allowed amount of secured claims under *11 U.S.C. §506*, disputes over the amount and allowance of claims entitled to priority under *11 U.S.C. §507*, and all objections to claims.

- ☐ E. The allowed claims of general unsecured creditors shall be paid from available funds on a pro rata basis, which may represent an increase or decrease in the amount projected in the Plan.

- ☐ F.  shall be paid monthly payments of $ beginning with the Trustee's distribution and continuing for the duration of the plan term, to be applied by that creditor to it's administrative claim, budget payments and/or security deposit. These payments shall be at the third distribution level.

- ☒ G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim: Pittsburgh Water and Sewer Authority at Claim No. 6; Pennsylvania Housing Finance Agency at Claim No. 10; Cityand School District Pittsburgh Earned Income Tax at Claim No. 13 .

- ☒ H. Additional Terms: (1)The secured claim of M&T Bank (Claim No. 3) shall govern, and then following all allowed post−petition payment change notices filed of record.
(2)The secured claim of Capital One Auto Finance (Claim No. 5) shall govern as to claim amount, to be paid at the modified plan interest in a monthly amount to be determined by Trustee to pay in full.
(3)The provision for Loss Mitigation Program fee is deleted.

*(2.)    IT IS FURTHER ORDERED THAT THE FOLLOWING DEADLINES ARE ESTABLISHED:*

**A.        Objections to the Plan.** Pursuant to *Fed.R.Bankr.P. 2002(b)*, this Order shall not become final for a period of twenty−eight (28) days. Any party in interest with an objection to any provision of this Confirmation Order must file a written objection within that twenty−eight (28) day period. Failure to timely object shall be deemed a waiver of all objections and an acceptance of the provisions of this confirmed Plan. The Trustee may disburse funds pursuant to this confirmation order upon it's entry.

**B.        Applications to retain brokers, sales agents, or other professionals.** If the Plan contemplates sales of assets or litigation proceeds as a source of funding, Debtor(s) shall file motion(s) to employ the necessary professionals within thirty (30) days hereof.

**C.        Review of Claims Docket and Objections to Claims.** Pursuant to *W.PA.LBR 3021−1(c)(2)*, the Debtor or Debtor's attorney, if represented, shall review the proofs of claim filed and shall file objections to any disputed claims within ninety (90) days after the claims bar date or, for late filed or amended claims, within ninety (90) days after they are filed and served. Absent an objection, the proof of claim will govern as to the classification and amount of the claim. Objections filed after the ninety (90) days specified herein shall be deemed untimely.

**D.        Motions or Complaints Pursuant to §§506, 507 or 522.** All actions to determine the priority, avoidability, or extent of liens, all actions pursuant to *11 U.S.C. §§506, 507 and 522* shall be filed within ninety (90) days after the claims bar date.

**E.        Filing Amended Plans.** Within fourteen (14) days after the Bankruptcy Court resolves the priority, avoidability, or extent of a lien, or any objection to claim, the Debtor(s) shall file an amended Plan to provide for the allowed amount of the claim if the allowed amount differs from the amount stated in the plan. Debtor(s) shall also file an amended Plan within thirty (30) days after the claims bar date(s) in the event that no objection is filed and the claim(s) as filed causes the Plan to be underfunded.

*(3.)* **IT IS FURTHER ORDERED THAT:**

**A.** After the claims objection deadline, the Plan shall be deemed amended to conform to the claims filed or otherwise allowed. If the Plan expressly modified the terms of payment to any creditor pursuant to *11 U.S.C. §1322(b)(2)*, nothing in this Order shall be construed to change the payment terms established in the Plan.

**B.** Any creditor who files or amends a proof of claim shall serve a copy on the Debtor(s) or counsel for the Debtor(s).

**C.** Any creditor whose payment changes due to variable interest rates, change in escrow, or change in monthly payments, shall notify the Trustee, Debtor(s)' counsel and Debtor(s) at least twenty–one (21) days prior to the change taking effect.

**D.** Debtor's counsel must file a fee application in accordance with *W.PA.LBR 2016–1* before attorney fees in excess of the "no look" provision (including retainer) will be allowed or paid.

**E.** The Trustee shall file a *Certificate of Default and Request for Dismissal* of the case in the event of a material Plan default. If the default involves failure to make a plan payment the case will result in dismissal without further hearing upon filing and service of an *Affidavit of Default* by the Trustee. The Trustee is not precluded from raising pre–confirmation defaults in any subsequent motion to dismiss.

**F.** In the event that any order is entered in this case granting relief from the automatic stay to a secured creditor, then the Trustee shall make no further disbursements to any creditor on account of any *secured claim* that is secured by the subject property, unless directed otherwise by further Order of Court.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Dated: May 12, 2020

cc: All Parties in Interest to be served by Clerk in seven (7) days

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                          Case No. 19-24101-GLT
Joshua S. Greaves                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel               Page 1 of 2          Date Rcvd: May 12, 2020
                              Form ID: 149             Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 14, 2020.
db             +Joshua S. Greaves,    921 Fordham Avenue,    Pittsburgh, PA 15226-2123
cr             +City of Pittsburgh and City of Pittsburgh School D,     GRB Law,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,     845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Pittsburgh Water and Sewer Authority,    GRB Law,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
15143369       +Best Buy/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
15175499        Citibank, N.A.,    5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
15177247       +City of Pittsburgh/City of Pittsburgh School Dist.,     GRB Law,    C/O Jeffrey R. Hunt, Esq.,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
15143374       +Home Depot/CBNA,    PO Box 6497,   Sioux Falls, SD 57117-6497
15143375       +Leon P. Haller, Esquire,    1719 North Front Street,    Harrisburg, PA 17102-2305
15157327        M&T Bank,    P.O. Box 1508 Buffalo, NY 14240
15143381       +PNC Bank,    PO Box 3180,   Pittsburgh, PA 15230-3180
15171228       +PNC Bank, N.A.,    PO Box 94982,   Cleveland, OH 44101-4982
15143377        Pennsylvania American Water,    PO Box 371412,    Pittsburgh, PA 15250-7412
15143379       +Peoples Gas,    PO box 644760,   Pittsburgh, PA 15264-4760
15166794       +Pittsburgh Water and Sewer Authority,    GRB Law,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh PA 15219-6101
15143380       +Pittsburgh Water and Sewer Authority,    c/o Goehring, Rutter & Boehm,
                 437 Grant Street, 14thFl.,    Pittsburgh, PA 15219-6002

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 13 2020 04:02:22
                 Capital One Auto Finance, a division of Capital On,    4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
15159583       +E-mail/Text: csc.bankruptcy@amwater.com May 13 2020 04:00:02      American Water,    PO Box 578,
                 Alton, IL 62002-0578
15143370       +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com May 13 2020 04:02:29
                 Capital One Auto Finance,    7933 Preston Road,    Plano, TX 75024-2302
15163901       +E-mail/PDF: acg.acg.ebn@americaninfosource.com May 13 2020 04:00:39
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 4360,    Houston, TX 77210-4360
15151918        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 04:02:21
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
15143371       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com May 13 2020 04:00:38
                 Capital One Bank USA NA,    10700 Capital One Way,    Richmond, VA 23060-9243
15143372       +E-mail/PDF: pa_dc_ed@navient.com May 13 2020 04:02:26      Dept. of Ed/Navient,    PO Box 9635,
                 Wilkes Barre, PA 18773-9635
15143373       +E-mail/Text: kburkley@bernsteinlaw.com May 13 2020 03:59:57      Duquesne Light Company,
                 411 Seventh Avenue,    Mail Drop 16-1,   Pittsburgh, PA 15219-1942
15176054       +E-mail/Text: kburkley@bernsteinlaw.com May 13 2020 03:59:57      Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,    707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15143376        E-mail/Text: camanagement@mtb.com May 13 2020 03:58:53      M&T Bank,    PO Box 900,
                 Millsboro, DE 19966
15143382        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 04:02:27
                 Portfolio Recovery Associates,    120 Corporate Blvd.,    Ste. 100,   Norfolk, VA 23502
15167372        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com May 13 2020 04:01:30
                 Portfolio Recovery Associates, LLC,    POB 12914,    Norfolk VA 23541
15143378       +E-mail/Text: blegal@phfa.org May 13 2020 03:59:22      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              M&T Bank
cr              M&TBANK
cr*            +Duquesne Light Company,    c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,    Pittsburgh, PA 15219-1945
cr*            +Pennsylvania Housing Finance Agency,    211 North Front Street,    Harrisburg, PA 17101-1406
                                                                                   TOTALS: 2, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

```
District/off: 0315-2          User: jhel              Page 2 of 2          Date Rcvd: May 12, 2020
                              Form ID: 149            Total Noticed: 29
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 14, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 12, 2020 at the address(es) listed below:
              Amy L. Zema    on behalf of Debtor Joshua S. Greaves amy@zemalawoffice.com
              James   Warmbrodt    on behalf of Creditor    M&T Bank bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    City of Pittsburgh and City of Pittsburgh School
               District jhunt@grblaw.com, cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com,
               jbluemle@bernsteinlaw.com
              Leon P. Haller    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 9
```