**Form 213**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**Joshua S. Greaves**
Debtor(s)

Bankruptcy Case No.: 19–24101–GLT
Related to Docket No. 75
Chapter: 13
Docket No.: 77 – 75
Concil. Conf.: January 21, 2021 at 09:00 AM

**ORDER**

**WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

**IT IS HEREBY ORDERED** that, on or before **November 2, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

**IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

On or before **November 16, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

On **January 21, 2021** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

If the Parties cannot resolve all disputes at the conciliation conference, a hearing will be scheduled and orally announced at the conclusion of the conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the conciliation conference to the extent such parties desire more information regarding the outcome of the conciliation conference.

This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: September 17, 2020

cm: All Creditors and Parties In Interest

Gregory L. Taddonio, Judge
United States Bankruptcy Court

## INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 19-24101-GLT
Joshua S. Greaves                                                         Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2           User: jhel              Page 1 of 2           Date Rcvd: Sep 17, 2020
                               Form ID: 213            Total Noticed: 29


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 19, 2020.
db              +Joshua S. Greaves,   921 Fordham Avenue,   Pittsburgh, PA 15226-2123
cr              +City of Pittsburgh and City of Pittsburgh School D,   GRB Law,   437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA  15219,   UNITED STATES OF AMERICA 15219-6101
cr              +Peoples Natural Gas Company LLC,   c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr              +Pittsburgh Water and Sewer Authority,   GRB Law,   437 Grant Street, 14th Floor,
                 Frick Building,   Pittsburgh, PA  15219,   UNITED STATES OF AMERICA 15219-6101
15143369        +Best Buy/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
15175499         Citibank, N.A.,   5800 S Corporate Pl,   Sioux Falls, SD  57108-5027
15177247        +City of Pittsburgh/City of Pittsburgh School Dist.,   GRB Law,   C/O Jeffrey R. Hunt, Esq.,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh, PA 15219-6101
15143374        +Home Depot/CBNA,   PO Box 6497,   Sioux Falls, SD 57117-6497
15143375        +Leon P. Haller, Esquire,   1719 North Front Street,   Harrisburg, PA 17102-2305
15157327         M&T Bank,   P.O. Box 1508 Buffalo, NY 14240
15143381        +PNC Bank,   PO Box 3180,   Pittsburgh, PA 15230-3180
15171228        +PNC Bank, N.A.,   PO Box 94982,   Cleveland, OH 44101-4982
15143377         Pennsylvania American Water,   PO Box 371412,   Pittsburgh, PA 15250-7412
15143379        +Peoples Gas,   PO box 644760,   Pittsburgh, PA 15264-4760
15166794        +Pittsburgh Water and Sewer Authority,   GRB Law,   c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,   Frick Building,   Pittsburgh PA 15219-6101
15143380        +Pittsburgh Water and Sewer Authority,   c/o Goehring, Rutter & Boehm,
                 437 Grant Street, 14thFl.,   Pittsburgh, PA 15219-6002


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 18 2020 04:53:34
                 Capital One Auto Finance, a division of Capital On,   4515 N Santa Fe Ave. Dept. APS,
                 Oklahoma City, OK 73118-7901
15159583        +E-mail/Text: csc.bankruptcy@amwater.com Sep 18 2020 04:49:27    American Water,   PO Box 578,
                 Alton, IL 62002-0578
15143370        +E-mail/PDF: AIS.COAF.EBN@Americaninfosource.com Sep 18 2020 04:54:04
                 Capital One Auto Finance,   7933 Preston Road,   Plano, TX 75024-2302
15163901        +E-mail/PDF: acg.acg.ebn@americaninfosource.com Sep 18 2020 04:53:34
                 Capital One Auto Finance, a division of Capital On,   P.O. Box 4360,   Houston, TX 77210-4360
15151918         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2020 04:53:10
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,   PO Box 71083,
                 Charlotte, NC  28272-1083
15143371        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 18 2020 04:53:32
                 Capital One Bank USA NA,   10700 Capital One Way,   Richmond, VA 23060-9243
15143372        +E-mail/PDF: pa_dc_ed@navient.com Sep 18 2020 04:53:36    Dept. of Ed/Navient,   PO Box 9635,
                 Wilkes Barre, PA 18773-9635
15143373        +E-mail/Text: kburkley@bernsteinlaw.com Sep 18 2020 04:49:20    Duquesne Light Company,
                 411 Seventh Avenue,   Mail Drop 16-1,   Pittsburgh, PA 15219-1942
15176054        +E-mail/Text: kburkley@bernsteinlaw.com Sep 18 2020 04:49:20    Duquesne Light Company,
                 c/o Bernstein-Burkley, P.C.,   707 Grant St., Suite 2200, Gulf Tower,
                 Pittsburgh, PA 15219-1945
15143376         E-mail/Text: camanagement@mtb.com Sep 18 2020 04:48:17    M&T Bank,   PO Box 900,
                 Millsboro, DE 19966
15143382         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2020 04:54:00
                 Portfolio Recovery Associates,   120 Corporate Blvd.,   Ste. 100,   Norfolk, VA 23502
15167372         E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 18 2020 04:53:13
                 Portfolio Recovery Associates, LLC,   POB 12914,   Norfolk VA 23541
15143378        +E-mail/Text: blegal@phfa.org Sep 18 2020 04:48:52    Pennsylvania Housing Finance Agency,
                 211 North Front Street,   Harrisburg, PA 17101-1406
                                                                                    TOTAL: 13


         ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr               M&T Bank
cr               M&TBANK
cr*             +Duquesne Light Company,   c/o Bernstein-Burkley, P.C.,
                 707 Grant Street, Suite 2200, Gulf Tower,   Pittsburgh, PA 15219-1945
cr*             +Pennsylvania Housing Finance Agency,   211 North Front Street,   Harrisburg, PA 17101-1406
                                                                      TOTALS: 2, * 2, ## 0


Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.


Transmission times for electronic delivery are Eastern Time zone.

```
District/off: 0315-2          User: jhel              Page 2 of 2            Date Rcvd: Sep 17, 2020
                             Form ID: 213             Total Noticed: 29
```

```
                    ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 19, 2020                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 17, 2020 at the address(es) listed below:
          Amy L. Zema    on behalf of Debtor Joshua S. Greaves amy@zemalawoffice.com
          Brian  Nicholas    on behalf of Creditor   M&T Bank bnicholas@kmllawgroup.com
          Jeffrey R. Hunt    on behalf of Creditor   City of Pittsburgh and City of Pittsburgh School
           District jhunt@grblaw.com,  cnoroski@grblaw.com
          Jeffrey R. Hunt    on behalf of Creditor   Pittsburgh Water and Sewer Authority jhunt@grblaw.com,
           cnoroski@grblaw.com
          Keri P. Ebeck    on behalf of Creditor   Duquesne Light Company kebeck@bernsteinlaw.com,
           jbluemle@bernsteinlaw.com
          Leon P. Haller    on behalf of Creditor   Pennsylvania Housing Finance Agency lhaller@pkh.com,
           dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
          S. James Wallace    on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                       TOTAL: 9
```