Form 106−C

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

CASE NAME: Joshua S. Greaves

CASE NUMBER: 19−24101−GLT

RELATED TO DOCUMENT NO: filed on 11/17/2020

**NOTICE REGARDING**
**NONCONFORMING DOCUMENT**

The Notice of Mortgage Payment Change that you submitted has been accepted for filing. However, this document fails to conform to the Bankruptcy Code, Federal Rules of Bankruptcy Procedure, and/or Local Bankruptcy Rules.

All PDFS Must be flattened and Saved Correctly so that they cannot be modified. For additional guidance, the Attorney On−Line Training Manual should be consulted

You must file Notice of Mortgage Payment Change within seven (7) days of the date of this notice.

This deadline does not affect any other deadlines in this bankruptcy case.

**Please attach a copy of this Notice to the front of the Notice of Mortgage Payment Change that is filed in response to this Notice.**

Dated this The 18th of November, 2020

Michael R. Rhodes
Clerk
5414 U.S. Steel Tower
600 Grant Street
Pittsburgh, PA 15219

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-24101-GLT |
| Joshua S. Greaves | Chapter 13 |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　User: bsil　　　　　　　　　　Page 1 of 2
Date Rcvd: Nov 18, 2020　　　　　　Form ID: 106c　　　　　　　Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol　　Definition**
+　　　　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 20, 2020:**

**Recip ID　　　　　Recipient Name and Address**
+　Austin Landis, M&T Bank, 475 Crosspoint Parkway, Getzville, NY 14068-1609

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 20, 2020　　　　　　　Signature:　　　/s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 18, 2020 at the address(es) listed below:

**Name　　　　　　　　　Email Address**

Amy L. Zema
　　　on behalf of Debtor Joshua S. Greaves amy@zemalawoffice.com

Brian Nicholas
　　　on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com

Jeffrey R. Hunt
　　　on behalf of Creditor City of Pittsburgh and City of Pittsburgh School District jhunt@grblaw.com  cnoroski@grblaw.com

Jeffrey R. Hunt
　　　on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck
　　　on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Leon P. Haller
　　　on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com

District/off: 0315-2     User: bsil     Page 2 of 2
Date Rcvd: Nov 18, 2020     Form ID: 106c     Total Noticed: 1

        dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
        ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
        cmecf@chapter13trusteewdpa.com

S. James Wallace
        on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9