Form 309

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Joshua S. Greaves** : | Case No. 19−24101−GLT |
| *Debtor(s)* : | Chapter: 13 |
| : | |
| : | |
| : | |
| : | Related to Docket No. 75 |
| : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND TERMINATING WAGE ATTACHMENT

*AND NOW,* this *The 4th of January, 2021,* after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

(1) The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

(2) Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

(3) The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

(4) The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

United States Bankruptcy Court

Western District of Pennsylvania

| In re: | Case No. 19-24101-GLT |
|---|---|
| Joshua S. Greaves | Chapter 13 |
| Debtor(s) | |

# CERTIFICATE OF NOTICE

| District/off: 0315-2 | User: dbas | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2021 | Form ID: 309 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+   Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 06, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Joshua S. Greaves, 921 Fordham Avenue, Pittsburgh, PA 15226-2123 |
| cr | + | City of Pittsburgh and City of Pittsburgh School D, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Pittsburgh Water and Sewer Authority, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219 UNITED STATES OF AMERICA 15219-6101 |
| 15177247 | + | City of Pittsburgh/City of Pittsburgh School Dist., GRB Law, C/O Jeffrey R. Hunt, Esq., 437 Grant Street, 14th Floor, Frick Building Pittsburgh, PA 15219-6101 |
| 15143375 | + | Leon P. Haller, Esquire, 1719 North Front Street, Harrisburg, PA 17102-2305 |
| 15157327 | | M&T Bank, P.O. Box 1508 Buffalo, NY 14240 |
| 15143377 | | Pennsylvania American Water, PO Box 371412, Pittsburgh, PA 15250-7412 |
| 15143379 | + | Peoples Gas, PO box 644760, Pittsburgh, PA 15264-4760 |
| 15166794 | + | Pittsburgh Water and Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building Pittsburgh PA 15219-6101 |
| 15143380 | + | Pittsburgh Water and Sewer Authority, c/o Goehring, Rutter & Boehm, 437 Grant Street, 14thFl., Pittsburgh, PA 15219-6002 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: AISACG.COM | Jan 05 2021 05:53:00 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 15159583 | + | Email/Text: csc.bankruptcy@amwater.com | Jan 05 2021 03:53:00 | American Water, PO Box 578, Alton, IL 62002-0578 |
| 15143369 | + | EDI: CITICORP.COM | Jan 05 2021 05:53:00 | Best Buy/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15143370 | + | EDI: CAPONEAUTO.COM | Jan 05 2021 05:53:00 | Capital One Auto Finance, 7933 Preston Road, Plano, TX 75024-2302 |
| 15163901 | + | EDI: AISACG.COM | Jan 05 2021 05:53:00 | Capital One Auto Finance, a division of Capital On, P.O. Box 4360, Houston, TX 77210-4360 |
| 15151918 | | EDI: CAPITALONE.COM | Jan 05 2021 05:53:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15143371 | + | EDI: CAPITALONE.COM | Jan 05 2021 05:53:00 | Capital One Bank USA NA, 10700 Capital One Way, Richmond, VA 23060-9243 |
| 15175499 | | EDI: CITICORP.COM | Jan 05 2021 05:53:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 15143372 | + | EDI: NAVIENTFKASMDOE.COM | Jan 05 2021 05:53:00 | Dept. of Ed/Navient, PO Box 9635, Wilkes Barre, PA 18773-9635 |
| 15143373 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 05 2021 03:53:00 | Duquesne Light Company, 411 Seventh Avenue, Mail Drop 16-1, Pittsburgh, PA 15219-1942 |
| 15176054 | + | Email/Text: kburkley@bernsteinlaw.com | | |

| District/off: 0315-2 | User: dbas | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jan 04, 2021 | Form ID: 309 | Total Noticed: 29 |

|  |  |  | Jan 05 2021 03:53:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant St., Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
|---|---|---|---|---|
| 15143374 | + | EDI: CITICORP.COM | Jan 05 2021 05:53:00 | Home Depot/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 15143376 |  | Email/Text: camanagement@mtb.com | Jan 05 2021 03:51:00 | M&T Bank, PO Box 900, Millsboro, DE 19966 |
| 15143381 |  | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2021 03:51:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 15171228 |  | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2021 03:51:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15143382 |  | EDI: PRA.COM | Jan 05 2021 05:53:00 | Portfolio Recovery Associates, 120 Corporate Blvd., Ste. 100, Norfolk, VA 23502 |
| 15167372 |  | EDI: PRA.COM | Jan 05 2021 05:53:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15143378 | + | Email/Text: blegal@phfa.org | Jan 05 2021 03:52:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | M&T Bank |
| cr |  | M&TBANK |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 707 Grant Street, Suite 2200, Gulf Tower, Pittsburgh, PA 15219-1945 |
| cr | *+ | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |

TOTAL: 2 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 06, 2021        Signature:    /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 4, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Amy L. Zema | on behalf of Debtor Joshua S. Greaves amy@zemalawoffice.com |
| Brian Nicholas | on behalf of Creditor M&T Bank bnicholas@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh and City of Pittsburgh School District jhunt@grblaw.com    cnoroski@grblaw.com |
| Jeffrey R. Hunt |  |

| | | |
|---|---|---|
| District/off: 0315-2 | User: dbas | Page 3 of 3 |
| Date Rcvd: Jan 04, 2021 | Form ID: 309 | Total Noticed: 29 |

    on behalf of Creditor Pittsburgh Water and Sewer Authority jhunt@grblaw.com  cnoroski@grblaw.com

Keri P. Ebeck
    on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com  jbluemle@bernsteinlaw.com

Leon P. Haller
    on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com
    dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com

TOTAL: 9