**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOSHUA S. GREAVES<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:19-24101 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/22/2019 and confirmed on 11/21/2019 . The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 5,158.95 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 5,158.95 |
| | | |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 855.16 | |
|    Trustee Fee | 215.14 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,070.30 |

| Creditor Type / Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| M & T BANK<br>  Acct: 7187 | 0.00 | 939.35 | 0.00 | 939.35 |
| PHFA(*)<br>  Acct: 7928 | 0.00 | 2,354.91 | 0.00 | 2,354.91 |
| PA AMERICAN WATER(*) AKA AMERICAN<br>  Acct: 9584 | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORIT<br>  Acct: G102 | 908.53 | 0.00 | 0.00 | 0.00 |
| PHFA(*)<br>  Acct: 7928 | 10,847.17 | 0.00 | 0.00 | 0.00 |
| M & T BANK<br>  Acct: 7187 | 3,492.88 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORIT<br>  Acct: G102 | 1.80 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE - DIV CAPITA<br>  Acct: 7651 | 10,148.46 | 529.34 | 265.05 | 794.39 |
| | | | | 4,088.65 |

Priority

| 19-24101 GLT | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 3 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| AMY L ZEMA ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOSHUA S. GREAVES  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AMY L ZEMA ESQ  Acct: | 4,000.00 | 855.16 | 0.00 | 0.00 |
| CITY AND SCHOOL DISTRICT OF PITTSBUR  Acct: 0854 | 161.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*  Acct: 6421 | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| PORTFOLIO RECOVERY ASSOCIATES, LLC  Acct: 1012 | 4,776.47 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC  Acct: 7870 | 4,113.06 | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK (USA) NA BY AMERIC  Acct: 5925 | 2,241.72 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN-BURKLEY PC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LEON P HALLER ESQ  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DEPARTMENT OF EDUCATION/NAVIENT  Acct: 2011 | 0.00 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY*  Acct: 1002 | 166.63 | 0.00 | 0.00 | 0.00 |
| CITIBANK NA**  Acct: 7294 | 218.21 | 0.00 | 0.00 | 0.00 |
| M & T BANK  Acct: 0211 | 4,129.50 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*  Acct: 0854 | 0.00 | 0.00 | 0.00 | 0.00 |
| PNC BANK NA  Acct: 0879 | 1,480.16 | 0.00 | 0.00 | 0.00 |
| PRA AG FUNDING LLC  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| M & T BANK  Acct: 7187 | 1.00 | 0.00 | 0.00 | 0.00 |
| AIS PORTFOLIO SERVICES (AMERICAN IN  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN WATER(*)  Acct: 3743 | 317.94 | 0.00 | 0.00 | 0.00 |
| S JAMES WALLACE ESQ**  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*  Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| | ***NONE*** | | | |

TOTAL PAID TO CREDITORS                                                                                              4,088.65

```
TOTAL CLAIMED
  PRIORITY                        161.00
  SECURED                      25,398.84
  UNSECURED                    17,444.69
```

Date: 02/10/2021

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com